[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
JUL 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donovan B Johnson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sgt. Dae

Sgt. Anderson

1:19-cv-04663
Judge Robert M. Dow, Jr.
Magistrate Judge Jeffrey T. Gilbert
PC6

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Donovan B Johnson

    B.    List all aliases: N/A

    C.    Prisoner identification number: 2017-0831-190

    D.    Place of present confinement: Cook County C.C

    E.    Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: Dae

          Title: Stg

          Place of Employment: Cook County C.C

    B.    Defendant: Anderson

          Title: Stg

          Place of Employment: Cook County C.C

    C.    Defendant: _____

          Title: _____

          Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: 18-L-5957

    B. Approximate date of filing lawsuit: 12-16-16

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Donovan Johnson

    D. List all defendants: Anthony Jermaine

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: Personal Injury

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

    I. Approximate date of disposition: 1-22-19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-31-17 I was house in Div-4-## when we went to Rec/gym All of my Belonging was Sold out my cell Block 1 (Donovan Johnson) then Report it to the tier office about the Incendent and Ask can they go over the Video carama on Deck I was took to holding so they can look over the tapes By the 7 to 3 officers It was about 2:30pm so the first shift was in a rush cause it was time to get off so when 3 to 11 came in they Didnt no what took place on 7 to 3 so when they came into holding they thought

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was refuseing houseing. I told them more then onece I was not Down there for refuseing I told them about what heppen earpy Dat Day on 7 to 3 I told Dem I was in my cell By my self with no cellmate. They As Sgt. Anderson & Sgt Dae told me they Didnt no what was going on cause they was not there I Ask them I jus want them to look over the videos they then told me to turn around and put me in hand cuffs and left holding when they return they had several guards with Dem then they spray o/c into my face while I was in cuffs they then slam me to to ground hitting my head hard on floor then Standing on my Back with force then Draging me Down the hallway

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

With my pants down showing my Buttocks. Draging me with force while I had insuryies to my Back and head while video tapeing the hold incenpent I was rush to Storger hospital Because I had Black out from the head insury. When I came Back to Cook County after a Day At Storger I was Place on Div-8 Cermek wint and was never of Charger with No Refuseing ticket at All from Dat Day So they use Excessive force for No reason I never Did anything wrong for them to use force on me like they Did when the officers told me to turn around to Be Cuff up I Did what I was told So I wasnt a threat at the time cause I was in hand cuffs and in holding By my self for me asking for help cause my things was took out my cell and to not cause I was a threat to officers But I needed help

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for my injury's and misconduct of staff due to them useing excessive force and hurting me while in hand cuffs I would like 100,000 $ for my injury's and misconduct

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of __28__ , 20_19_

_Donovan Johnson_
(Signature of plaintiff or plaintiffs)

_Donovan Johnson_
(Print name)

_2017-0831-190_
(I.D. Number)

_P.O. Box 089002 Chi, Il 60608_
_Div-10-3D_
(Address)